IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBIN DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No.2:14-cv-1503-KOB |
| | ) |
| RICKEY RENARD HINES, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM OPINION**

The magistrate judge filed his report and recommendation on January 5, 2015 (doc. 5), recommending that the court grant the pro se plaintiff's motion to proceed in forma pauperis (doc. 2); he also recommends dismissing the action for failure to state a claim upon which relief can be granted because the representative payee provisions of the Social Security Act provides no private federal cause of action and because Davis has failed to allege exhaustion of all administrative remedies, providing no final agency determination for this court to review.  No party has filed any objections.

Having now carefully considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the magistrate judge's report and ACCEPTS his recommendation that the court GRANT the motion to proceed in forma pauperis (doc. 2) and DISMISS WITHOUT PREJUDICE this action for failure to state a claim upon which relief can be granted for the reasons explained above.

The court will enter an Order in conformity with this Memorandum Opinion.

DONE and ORDERED this 26th day of January, 2015.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE